IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| SCHUTZE SIGNATURE HOMES, LLC,<br>*a Texas limited liability company*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FAIRVIEW INVESTMENT FUND III, LP,<br>BECKHAM CAPITAL GROUP, LLC<br>*as Trustee under the Deed of Trust*, and<br>JASON KRAUS, *as Substitute Trustee*, | ) ) ) ) ) | |
| Defendants. | ) | Civil Action No. 3:19-CV-2405-C |

## ORDER[1]

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that Defendants Beckham Capital Group LLC, as Trustee under the Deed of Trust, and Jason Kraus, as Substitute Trustee, were improperly joined and that Plaintiff's Motion for Temporary Restraining Order should be denied.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Motion for Temporary Restraining Order is hereby **DENIED**.

SO ORDERED this 5th day of November, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court need not wait for the filing of objections prior to the entry of this Order.